NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 03-945


STATE OF LOUISIANA

VERSUS

LUTHER R. WINDHAM


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 2002-2533,
HONORABLE PATRICK L. MICHOT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Oswald A. Decuir, and Jimmie C. Peters, Judges.

**AFFIRMED AND REMANDED WITH INSTRUCTIONS.**

Michael Harson, DA
William T. Babin, ADA
Fifteenth Judicial District Court
Post Office Box 3306
Lafayette, LA 70502
(337) 232-5170
COUNSEL FOR PLAINTIFF/APPELLEE:
       State of Louisiana

Elizabeth A. Long
600 Jefferson St., Suite 509
Lafayette, LA 70501

**(337) 266-2101**
**COUNSEL FOR DEFENDANT/APPELLANT:**
   **Luther R. Windham**

**Luther R. Windham**
**C/O Luther Windham**
**P. O. Box 557**
**Wildsville, LA 71377**
**(000) 000-0000**
**COUNSEL FOR DEFENDANT/APPELLANT:**
   **Luther R. Windham**